AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———————— District of ————————

FILED
CLERKS OFFICE

2004 JUL 12  A 10: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

## APPEARANCE

CASE NUMBER: 04 - MJ - 1809

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Matthew Cream

I certify that I am admitted to practice in this court.

Date   July 12, 2004

Signature

Print Name   Bruce Linson      Bar Number 637413

Address   220 Commercial St

City   Boston   State MA   Zip Code 02109

Phone Number   (617) 371-0900      Fax Number