## UNITED STATES DISTRICT COURT

CRIMINAL NO.: 04-M-1809-CBS

UNITED STATES OF AMERICA

v.

MATHEW CREAM

### NOTICE OF WITHDRAWAL

NOW COMES the undersigned, CJA appointed counsel for the defendant, Mathew Cream, and submits this Notice of Withdrawal upon the filing of Notice of Appearance by Attorney Bruce Linsen.

Respectfully submitted,

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0770
BBO# 558533