AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

Baldassano, Cream, Matthews and Espinola

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1809-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Pelgro, Tobin | DEFENDANT'S ATTORNEY<br>Weinstein, Linson, Welsh and Keene |
|---|---|---|
| TRIAL DATE (S)<br>7/12/04 | COURT REPORTER<br>11:10 p | COURTROOM DEPUTY<br>Bachrach |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 7/12/04 | | | Special Agent Steven Story |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 7/12/04 | X | X | Complaint and Affidavit |
| 2 | | 7/12/04 | X | X | Police Report, Re: Baldassano |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages